IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. LEE,

    Petitioner,            No. CIV S-03-2197 LKK KJM P

    vs.

MARK SHEPHERD, Warden,

    Respondent.          ORDER

_____/

    Respondents are directed to file an answer to the third amended petition for a writ of habeas corpus within sixty days of the date of this order and concurrently to lodge all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases. Petitioner's reply, if any, is due thirty days after the answer is filed.

    IT IS SO ORDERED.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

1