IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT E. LEE,** | CIV S-03-2197 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **MARK SHEPHERD, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before August 11, 2008.

Dated: July 11, 2008.

_____
U.S. MAGISTRATE JUDGE

Order