IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. LEE,

    Petitioner,                       No. CIV S-03-2197 LKK KJM P

    vs.

MARK SHEPARD, Warden,

    Respondents.                   <u>ORDER</u>

_____/

    The parties are directed to file a joint status report within twenty-one days of this order providing acceptable dates for and estimate of duration of the evidentiary hearing, to be held in accordance with the court's order of March 9, 2010.

DATED: March 19, 2010.

_____
U.S. MAGISTRATE JUDGE

2

lee2197.evhrgord