MATTHEW ALGER  #132853
334 SHAW AVENUE, SUITE 121
CLOVIS, CA 93612
TEL.: (559) 324-0310

ATTORNEY FOR PETITIONER,
ROBERT E. LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT E. LEE,** <br><br>                                    Petitioner, <br><br> v. <br><br> **MICHAEL S. EVANS, Warden,** <br><br>                                    Respondent. | CIV S-03-2197 LKK KJM P <br><br> **ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR AUTHORITY TO SUBPOENA WITNESS, AND HAVE U.S. MARSHAL SERVE SUBPOENA AND PAY WITNESS FEES** |

   For the reasons set forth in petitioner Robert E. Lee's application for authority to issue subpoena for witness, and to have the United States Marshal serve that subpoena and pay witness fees,

   IT IS ORDERED THAT:

   1. Petitioner's counsel is authorized to issue a subpoena ordering the person listed below to appear and testify at the June 22, 2010 evidentiary hearing in this action; and

/////
/////
/////
/////
/////
/////

2. The United States Marshal shall serve that subpoena and pay witness fees for the following witness:.

>Gregory W. Foster
>Law Offices of Gregory W. Foster
>1104 Corporate Way
>Sacramento, CA 95831
>(916) 395-4422

DATED: April 23, 2010.

_____
U.S. MAGISTRATE JUDGE

2