MATTHEW ALGER, #132853
334 SHAW AVENUE, SUITE 121
CLOVIS, CA 93612
TEL.: (559) 324-0310

ATTORNEY FOR PETITIONER,
ROBERT E. LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. LEE,<br><br>    Petitioner,<br><br>v.<br><br>MARK SHEPHERD, Warden,<br><br>    Respondent. | CIV S-03-2197 LKK KJM P<br><br>**ORDER RE VOLUNTARY DISMISSAL OF HABEAS CORPUS PROCEEDING** |

The parties to this habeas corpus proceeding having stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the voluntary dismissal of petitioner's Third Amended Petition Under 28 USC § 2254 for Writ of Habeas Corpus, and having requested the dismissal of this entire proceeding,

IT IS ORDERED that petitioner's application for a writ of habeas corpus is dismissed.

Dated: June 18, 2010.

_____
U.S. MAGISTRATE JUDGE